**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
SEP 2 7 2005
NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s): United States Equal Employment Opportunity Commission**

County of Residence:

Plaintiff's Atty: Ethan M. M. Cohen
U.S. EEOC
500 W. Madison, Suite 2800, Chicago, IL 60661
312-353-7568

**Defendant(s):Glenview Car Wash, Inc.**

County of Residence: Cook

Defendant's Atty: Bradley Wartman, Esq.
Peter Andjelkovick & Assoc.
39 S. LaSalle St., Suite 200,
Chicago, IL 60603
312-782-6517

---

JUDGE RONALD GUZMAN

II. Basis of Jurisdiction: **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

MAGISTRATE JUDGE NOLAN

05C 5568

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **442 Employment**

VI.Cause of Action: **Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. and Title 1 of the Civil Rights Act of 1991. EEOC alleges sexual harassment against a class of male employees**

VII. Requested in Complaint

Class Action:
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

**Signature:** Ethan M. M. Cohen

**Date:** 9/27/05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00