**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | ) | |
| **Plaintiff,** | ) | **Case No. 05 C 5568** |
| **v.** | ) | |
| | ) | **Judge Ronald Guzman** |
| **GLENVIEW CAR WASH** | ) | |
| **Defendants.** | ) | |

**MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a)(1) and 42 U.S.C. § 2000e 5(f)(1), Elmer Bethancourth, Diego Perez and Fidencio Antimo (collectively, "Plaintiff-Intervenors") by and through their attorneys Jacobs, Burns, Orlove, Stanton & Hernandez, respectfully move for intervention as of right in the above-captioned case brought by the United States Equal Opportunity Commission ("EEOC" hereinafter referred to as the "EEOC Action").

As grounds therefore, Plaintiff-Intervenors assert as follows

1. An EEOC Action commenced on September 27, 2005, based upon charges filed by Plaintiff-Intervenors with the EEOC.

2. The motion to intervene is timely filed. Plaintiff-Intervenors have acted diligently in bringing this motion upon learning of the EEOC Action.

3. Denial of this Motion to Intervene may prejudice the interests of the Plaintiff-Intervenors. The EEOC Action and the Complaint in Intervention arise out of the same set of facts and occurrences, and granting this Motion will allow Plaitniff-Intervenors to coordinate their litigation and discovery with the EEOC's.

4. The granting of this Motion to Intervene will not prejudice the rights of the existing parties to this lawsuit. Counsel for the Plaintiff-Intervenors has consulted with counsel for the EEOC who have authorized the undersigned to represent to the Court that the EEOC has no objection to this motion being granted.

5. Pursuant to Rule 24(c), Plaintiff-Intervenors attach their Complaint in Intervention in support of their Motion to intervene and to consolidate.

WHEREFORE, Plaintiff-Intervenors respectfully ask this Court to grant this Motion to Intervene and consolidate the cases.

Respectfully Submitted,

By: /s/ Marisel A. Hernandez
One of Platiniff-Intervenors' Attorneys

Marisel A. Hernandez
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646