# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 05 C 5568 | **DATE** | 2/16/2006 |
| **CASE TITLE** | U.S. Equal Employment Opportunity Commission vs. Glenview Car Wash | | |

**DOCKET ENTRY TEXT**

The Court strikes the parties' Agreed Protective Order without prejudice. The Order's definition of "Confidential Documents" as those "includ[ing] but not . . . limited to" documents containing social security numbers and medical information is too broad. (*See* Min. Order of 2/9/06.) Any amended order the parties submit must identify specifically the documents they wish to shield from disclosure.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | LC/LM |