**IN THE UNITED STATES FEDERAL COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05 C 5568<br>Judge Ronald Guzman |
| GLENVIEW CAR WASH | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Marisel A. Hernandez
Sylvia Rios
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Ethan M. Cohen
Jeanne Szromba
EEOC
500 West Madison Street, Suite 2800
Chicago, IL 60661

PLEASE TAKE NOTICE that on the **8th** day of **May, 2006** we shall cause to have filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, the foregoing **GLENVIEW'S REPLY TO MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS**, a copy of which is attached hereto.

Respectfully Submitted,
**Glenview Car Wash**

By: /s/ Bradley Wartman
One of its Attorneys

Peter Andjelkovich & Associates
Attorneys for Defendant
39 S. LaSalle St.
Suite 200
Chicago, Illinois 60603
(312) 782-8345

A:\Glenview\ReplyDepQuestions.NOF.wpd\BWdsk39

**CERTIFICATE OF SERVICE**

I, Bradley Wartman, an attorney, hereby certify that a copy of the above and foregoing **GLENVIEW'S REPLY TO MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS** was served upon all counsel of record listed below by CM/ECF filing on this 8th day May, 2006.

Marisel A. Hernandez
Sylvia Rios
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Ethan M. Cohen
Jeanne Szromba
EEOC
500 West Madison Street, Suite 2800
Chicago, IL 60661

By: /s/ Bradley Wartman
Bradley Wartman