Order Form (01/2005)

AC

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5568 | **DATE** | 5/5/2006 |
| **CASE TITLE** | EEOC et al vs. CITY OF JOLIET et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' emergency motion for a protective order is granted in part and denied in part.

■ [ For further detail see separate order(s).]

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | JS |