**IN THE UNITED STATES FEDERAL COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Plaintiff, | ) | Case No. 05 C 5568 |
| v. | ) | Magistrate Judge Nolan |
| GLENVIEW CAR WASH | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE SUR-REPLY**
**TO EEOC'S MOTION TO COMPEL**

NOW COMES Defendant, Glenview Car Wash, by and through its attorneys, Peter Andjelkovich & Associates, and respectfully requests that this Court enter an order granting it leave to file a sur-reply to EEOC's Brief on Discovery Disputes Currently Pending Before this Court ("Reply"). In support thereof, Defendant states as follows:

1. Defendant requests that this court grant it leave to file a sur-repy to the EEOC's Reply.

2. The EEOC has filed a motion directed to several discovery issues, including its request for information concerning certain witnesses' sexual orientation. See, Plaintiff EEOC's Motion to Compel Defendant Glenview Car Wash, Inc. to Respond Fully to EEOC's Written Discovery Requests.

3. In its Reply, the EEOC cites for the first time multiple cases addressing the issues raised in the motion.

4. Since Glenview has not had the opportunity to address the issues raised for the first time in the Reply, it requests that the court grant it leave to file a sur-reply.

5. Attached hereto is the proposed Sur-Reply sought to be filed by Glenview.

WHEREFORE, Defendant requests that the Court enter an order granting it leave to file its sur-reply.

Respectfully Submitted,
**Glenview Car Wash**

By: /s/ Bradley Wartman
Bradley Wartman

Peter Andjelkovich & Associates
Attorneys for Defendant
39 S. LaSalle St.
Suite 200
Chicago, Illinois 60605
(312) 782-8345

A:\Glenview\SurReply Motion.wpd/BWdsk39

A:\Glenview\SurReply Motion.wpd\BWdsk38