**IN THE UNITED STATES FEDERAL COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05 C 5568<br>Magistrate Judge Nolan |
| GLENVIEW CAR WASH | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Marisel A. Hernandez
Sylvia Rios
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Ethan M. Cohen
Jeanne Szromba
EEOC
500 West Madison Street, Suite 2800
Chicago, IL 60661

PLEASE TAKE NOTICE that on the **17th** day of **May, 2006** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Nolan, or any judge sitting in her stead, in **Room 1858** of the Federal District Courthouse for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall then and there present the foregoing **DEFENDANT'S MOTION TO FILE SUR-REPLY TO EEOC'S MOTION TO COMPEL**.

Respectfully Submitted,
**Glenview Car Wash**

By: /s/ Bradley Wartman
One of its Attorneys

Peter Andjelkovich & Associates
Attorneys for Defendant
39 S. LaSalle St.
Suite 200
Chicago, Illinois 60603
(312) 782-8345

A:\Glenview\SurReply Motion.NOM.wpd\BWdsk39

## CERTIFICATE OF SERVICE

I, Bradley Wartman, an attorney, hereby certify that a copy of the above and foregoing **DEFENDANT'S MOTION TO FILE SUR-REPLY TO EEOC'S MOTION TO COMPEL** was served upon all counsel of record listed below by CM/ECF filing on this 9th day May, 2006.

Marisel A. Hernandez
Sylvia Rios
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145

Ethan M. Cohen
Jeanne Szromba
EEOC
500 West Madison Street, Suite 2800
Chicago, IL 60661

By: /s/ Bradley Wartman
Bradley Wartman