**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5**
**Eastern Division**

U.S. Equal Employment Opportunity Commission

Plaintiff,

v.

Case No.: 1:05−cv−05568
Honorable Ronald A. Guzman

Glenview Car Wash

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 13, 2006:

MINUTE entry before Judge Nan R. Nolan : Status hearing held. Parties report that an agreement has been reached to settle the case. All matters relating to the referral of this action having been concluded, the referral is is closed and the case is returned to the assigned judge. Judge Nan R. Nolan no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.