IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, and<br>ELMER BETHANCOURTH, et al. Plaintiff-Intervenors,<br>v.<br>GLENVIEW CAR WASH, INC., Defendant. | No. 05 C 5568<br>Hon. Judge Guzman<br>Magistrate Judge Nolan |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff-Intervenors, ELMER BETHANCOURTH, FIDENCIO ANTIMO and DIEGO PEREZ, and Defendant, GLENVIEW CAR WASH, INC., jointly file this Stipulation of Dismissal, and hereby stipulate and agree as follows:

1. Plaintiff-Intervenors' claims against Defendant are dismissed with prejudice.
2. The parties have reached a settlement agreement that resolves all issues incurred in this matter.
3. Each party will pay their own attorneys' fees and costs.

Respectfully submitted,

Sylvia Rios
Attorney for Plaintiff-Intervenors
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago, Illinois 60603

Peter Andjelkovich
Attorney for Defendant
Peter Andjelkovich & Associates
39 S. LaSalle St.
Suite 200
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

I, Sylvia Rios, an attorney, hereby certify that on June 26, 2006, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing with the below named individuals.

Peter Andjelkovich
Bradley Wartman
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, Illinois 60603
Fax: 312.580.7175

Ethan M.M. Cohen
Jeanne Szromba
U.S. Equal Employment Opportunity Commission
500 West Madison, Suite 2800
Chicago, Illinois 60661
Fax: 312.353.8555

/s/ Sylvia Rios