PH

# NOTICE TO ALL GLENVIEW CAR WASH, INC. EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the federal court in EEOC v. Glenview Car Wash, Inc., No. 05 C 5568 (N.D. Ill.), resolving a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC") against Glenview Car Wash, Inc. ("Glenview").

In its suit, the EEOC alleged that Glenview discriminated against a class of male employees, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A, by subjecting them to harassment and a hostile work environment because of their sex. Glenview filed an answer to the suit in which it denied the allegations.

To resolve the case, Glenview and the EEOC have entered in to a Consent Decree which provided, among other things, that:

1) Glenview pay monetary damages totaling $125,500 to a class of employees;
2) Glenview will not discriminate on the basis of sex;
3) Glenview will not retaliate against any person because he or she opposed any practice made unlawful by Title VII, filed a Title VII charge of discrimination, participated in any Title VII proceeding, or asserted any rights under the Consent Decree;
4) Glenview will train all employees, including management and supervisory employees, regarding their duties and obligations under Title VII.

The EEOC enforces the federal laws against discrimination in employment on the basis of sex, race, color, religion, national origin, age or disability. If you believe you have been discriminated against, you may contact the EEOC at (312) 353-8195. The EEOC charges no fees and has employees who speak languages other than English. If you believe you have been discriminated against you may contact the EEOC.

## THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

**This Notice must remain posted for two years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to: Glenview Settlement, EEOC 500 West Madison Street, Suite 2800, Chicago, Illinois 60661.**

7/5/06
Date

Ronald A. Guzman
Hon. Ronald A. Guzman
United States District Court Judge

# NOTIFICACIÓN PARA TODOS LOS EMPLEADOS DE GLENVIEW CAR WASH

Esta notificación está siendo anunciada basada en el Decreto de Consentimiento registrado en la corte federal en EEOC v. Glenview Car Wash, Inc., No. 05 C 5568 (N.D. Ill.), resolviendo la demanda entablada por la Comisión de Igualdad de Oportunidad en el Empleo ("EEOC") en contra de Glenview Car Wash, Inc. ("Glenview").

En su demanda, el EEOC alegó que Glenview discriminó encontra de una clase de empleados varones, en violación del Titulo VII del Acta de Derechos Civiles del 1964, como amentado, 42 U.S.C. § 2000e at seq. ("Titulo VII"), y § 102 del Acta de Derechos Civiles del 1991, 42 U.S.C. § 1981[a], por haberlos hecho sujeto a acoso y a un ambiente hostil por su sexo. Glenview registró su respuesta a la demanda en la cual negó las alegaciones.

Pare resolver el caso, Glenview y el EEOC han entrado en un Decreto de Consentimiento que provee, entre otras cosas, que:

1) Glenview pagará daños monetarios en un total de $125,500 a una clase de empleados;
2) Glenview no discriminará basado en el sexo;
3) Glenview no tomará represalia en contra de ninguna persona porque él o ella se oponga a ninguna acción que viole al Titulo VII, ni porque llene un cargo de discriminación bajo el Titulo VII, ni porque haya participado en un procedimiento legal bajo el Titulo VII, ni por haber ejercitado sus derechos bajo el Titulo VII.

El EEOC hace cumplir las leyes federales en contra de la discriminación en el trabajo basada en el sexo, la raza, el color, la religión, el origen nacional, la edad, o la incapacidad. Si usted cree que ha sido discriminado, puede contactar al EEOC al (312) 353-8195. El EEOC no cobra dinero y tiene empleados que hablan otros idiomas además de ingles. Si usted cree que ha sido discriminado puede contactar al EEOC.

## ESTA ES UNA NOTIFICACIÓN OFICIAL Y NO DEBE SER DAÑADA POR NADIE

**Esta Notificación debe mantenerse anunciada por dos años desde la fecha que aparece abajo y no debe ser cambiada, dañada o cubierta por ningún material. Cualquier pregunta acerca de esta Notificación o el cumplimiento de los términos puede ser dirigida a: Glenview Settlement, EEOC 500 West Madison Street, Suite 2800, Chicago, Illinois 60661.**

5 Junio 2006
Fecha

Ronald A. Guzman
Honorable Ronald A. Guzman
Juez de la Corte de Distrito de los Estados Unidos